UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JACK ANTHONY GIBSON,

    Petitioner,

vs.                                 Case No. 3:08-cv-1139-J-12TEM

WALTER A. MCNEIL,

    Respondents.

## ORDER

1. Petitioner's April 13, 2009, pursuant to the mailbox rule, Motion for Extension of Time [to file an objection] (Doc. #25) is **DENIED**; however, the Court will construe the Motion to include an objection and a request for a *de novo* review of the Magistrate Judge's Order (Doc. #24) filed April 3, 2009.

2. This Court finds that the Magistrate Judge's Order (Doc. #24) is not clearly erroneous or contrary to law, see 28 U.S.C. § 636(b)(1)(A), and Petitioner's objection to that Order is **DENIED**.

3. Petitioner shall comply with the Court's Order (Doc. #24) within **FIFTEEN (15) DAYS** from the date of this order. Failure to

do so will result in the dismissal of this action without further notice.

DONE AND ORDERED at Jacksonville, Florida, this __6 TH__ day of May, 2009.

                                                       Howell W. Melton
                                                 UNITED STATES DISTRICT JUDGE

sa 5/4
c:
Jack Anthony Gibson, Okeechobee C.I.
Asst' A.G. (Jolley)