UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JACK ANTHONY GIBSON,

        Petitioner,

vs.                           Case No. 3:08-cv-1139-J-12TEM

WALTER A. MCNEIL, et al.,

        Respondents.
_____

**ORDER**

This cause is before the Court on Petitioner's September 9, 2009, pursuant to the mailbox rule, Notice of Appeal (Doc. #32), which the Court construes as an application for a certificate of appealability (Doc. #32). This Court should grant an application for a certificate of appealability only if the Petitioner makes a substantial showing of the denial of a constitutional right. To make this substantial showing, Petitioner "must demonstrate that the issues are debatable among jurists of reason" or "that a court could resolve the issues [differently]." Barefoot v. Estelle, 463 U.S. 880, 893 n.4 (1983) (citation omitted). In addition, Petitioner could show "the questions are adequate to deserve encouragement to proceed further." Id.

Specifically, where a district court has rejected a prisoner's constitutional claims on the merits, the petitioner must

demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong. See Slack v. McDaniel, 529 U.S. 473, 484 (2000); Hernandez v. Johnson, 213 F.3d 243, 248 (5th Cir.), cert. denied, 531 U.S. 966 (2000). When the district court has rejected a claim on procedural grounds, the petitioner must show that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling. Slack, 529 U.S. at 484; Franklin v. Hightower, 215 F.3d 1196, 1199 (11th Cir. 2000) (per curiam), cert. denied, 532 U.S. 1009 (2001). Here, Petitioner has failed to make the requisite showing.

Therefore, it is now

**ORDERED:**

1. Petitioner's application for certificate of appealability (Doc. #32) is **DENIED**.

2. The **Clerk** shall terminate from the pending motions report any motion to proceed on appeal as a pauper that may be filed in this case. Such termination shall serve as a denial of the motion.

**DONE AND ORDERED** at Jacksonville, Florida, this 25TH day of September, 2009.

Howell W. Melton
UNITED STATES DISTRICT JUDGE

sa 9/17
c:
Jack Anthony Gibson
Ass't Attorney General (Jolley)
USCA